OPINION #  O-7517          WAS NEVER ISSUED OR

WAS WITHDRAWN.